**Order entered December 6, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00623-CR

**MARIUS TYON MILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-62415-U**

## ORDER

On December 5, 2016, court reporter Sasha Brooks filed seven volumes of reporter's record in this appeal. Volume 7, entitled "Exhibit Index," contains a listing of exhibit numbers 1 through 88, their description, and the location where the exhibits were offered and admitted. The volume does not, however, contain any of the exhibits themselves.

Accordingly, we **ORDER** court reporter Sasha Brooks to file a corrected, properly bookmarked volume 7 containing the exhibits within **FIFTEEN DAYS** of the date of this order.


/s/     ADA BROWN
         JUSTICE